UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                  Chapter 13 No. 10-65173
William Sharp
                         Debtor.                  Hon. Steven W. Rhodes
_____/

## STIPULATION FOR LOAN MODIFICATION AND MODIFYING THE AUTOMATIC STAY

NOW COMES Creditor, GMAC Mortgage, LLC, by and through its attorneys, Trott & Trott, P.C., with respect to the property located at 608 E Willis Rd, Saline, MI 48176-9210 along with the Trustee of Record, Krispen S. Carroll, and with the Debtor(s), William Sharp, by and through their attorney, Donald C. Wilson, and the parties having agreed to modify the stay for purposes of entering into a loan modification;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Parties have agreed to enter into a Loan Modification Agreement. The terms of the fully executed and approved loan modification shall be incorporated by reference and may supersede the following provisions as stated below.

2. The New Principal Balance is $113,578.52.

3. Debtor's modified principal and interest payment of $673.14 along with the required escrow payment of $309.52 a total payment of $982.66 shall be first due on January 1, 2011.

4. The new interest rate will be 5.0%.

5. The escrow payments may be adjusted periodically in accordance with applicable law and therefore the totally monthly payment may change accordingly;

6. The new maturity date is April 1, 2035.

7. The Chapter 13 Trustee shall continue to disburse the on-going monthly mortgage payments and shall disburse the modified amount beginning with the January 1,

TROTT & TROTT, P.C.
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628

2011 payment to the Creditor.

8. Effective with the entry of this Order Creditor's Class 4 Claim shall be cured and the Chapter 13 Trustee shall cease any further distributions on this pre-petition claim;

9. Creditor is entitled to recovery of its attorney fees and costs associated with this bankruptcy. Creditor may file a supplemental proof of claim or collect the fees upon acceleration, re-finance, sale or loan maturity;

Stipulated and agreed:

/S/ Janielle E. Ryan
Janielle E. Ryan (P63470)
Attorney for GMAC Mortgage, LLC
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525
248.642.2515
EasternECF@trottlaw.com

/S/ Donald C. Wilson
Donald C. Wilson (P59433)
William C. Babut PC
700 Towner St
Ypsilanti, MI 48198
(734) 485-7000
dwilson@babutlaw.com

/S/ Krispen S. Carroll
Krispen S. Carroll
Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit, MI 48226-3689

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628

2011 payment to the Creditor

8. Effective with the entry of this Order Creditor's Class 4 Claim shall be cured and the Chapter 13 Trustee shall cease any further distributions on this pre-petition claim;

9. Creditor is entitled to recovery of its attorney fees and costs associated with this bankruptcy. Creditor may file a supplemental proof of claim or collect the fees upon acceleration, re-finance, sale or loan maturity;

Stipulated and agreed:

/S/ Janielle E. Ryan
Janielle E. Ryan (P63470)
Attorney for GMAC Mortgage, LLC
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525
248.642.2515
EasternEQF@trottlaw.com

Donald C. Wilson (P59433)
William C Babut PC
700 Towner St
Ypsilanti, MI 48198
(734) 485-7000
dwilson@babutlaw.com

Krispen S. Carroll
Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit, MI 48226-3689

TROTT & TROTT, P.C.
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS MI
48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628