UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:                                                          Case No. 10-65173-mar

**WILLIAM SHARP**                                               Chapter 13

    Debtors                                  HON. Mark A. Randon
_____/

### STIPULATION FOR ENTRY OF ORDER FOR BANKRUPTCY
### RULE 2004 EXAM AND REQUIRING PRODUCTION OF DOCUMENTS

This matter having come before the Court upon the United States Trustee's Motion to conduct a Bankruptcy Rule 2004 Examination of Ocwen Loan Servicing, LLC ("Ocwen") requesting certain documents and testimony (Docket No. 86); Ocwen having filed a response to the Motion (Docket No. 90); the parties having reached a stipulation resolving this matter, and the Court being otherwise fully advised in the premises.

The parties hereby stipulate to the entry of the proposed Order attached hereto as **Exhibit A.**

Dated: July 22, 2014

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| **DANIEL M. McDERMOTT**<br>**UNITED STATES TRUSTEE** | **OCWEN LOAN SERVICING LLC** |
| | By: /s/ Brian M. Moore |
| By: /s/ Kelley Callard (w/ consent / BM) |     Brian M. Moore (P58584) |
|     Kelley Callard |     Maria A. Diakoumakis (IL 6289309) |
|     Trial Attorney |     Dykema Gossett PLLC |
|     Office of the U.S. Trustee |     39577 Woodward Ave., Suite 300 |
|     211 West Fort St, Suite 700 |     Bloomfield Hills, MI 48304 |
|     Detroit, MI 48226 |     (248) 203-0700 |
|     T: (313) 226-6773 |     bmoore@dykema.com |
|     kelley.callard@usdoj.gov |     mdiakoumakis@dykema.com |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:  Case No. 10-65173-mar

**WILLIAM SHARP**  Chapter 13

      Debtors  HON. Mark A. Randon

_____/

**ORDER FOR BANKRUPTCY RULE 2004 EXAM
AND REQUIRING PRODUCTION OF DOCUMENTS**

**THIS MATTER** came before the Court upon the United States Trustee's Motion to conduct a Bankruptcy Rule 2004 Examination of Ocwen Loan Servicing, LLC ("Ocwen") requesting certain documents and testimony (Docket No. 86); Ocwen having filed a response to the Motion (Docket No. 90); the parties having reached a stipulation resolving this matter, and the Court being otherwise fully advised in the premises.

**NOW, THEREFORE**,

**IT IS ORDERED** that Ocwen must produce for examination, to be recorded verbatim by stenographic means, one or more duly authorized representatives knowledgeable with the documents identified in this Order and categories of testimony identified in this Order, to give testimony under oath, with such examination topics limited to the document categories identified below in this Order, on November 6 or 7, 2014 at 10:00 a.m. at the office of Dykema Gossett, 400 Renaissance Center, Floor 23, Detroit, MI 48243.

**IT IS FURTHER ORDERED** that the United States Trustee is hereby authorized to issue a subpoena *duces tecum* compelling Ocwen, to produce and permit inspection and copying of the documents listed below to the Offices of the United States Trustee, 211 West Fort Street, Suite 700, Detroit, Michigan with forty-five (45) days of the entry of this Order:

1. Complete copies of any and all communication to the Debtor, including the filed payment change notifications.

2. Complete copies of all documents constituting Ocwen's records of the Debtor's account. Such documents shall include but not be limited to any documents that concern the Sharp Case, including any bankruptcy ledger, promissory note, mortgage, and assignment; any correspondence concerning the Sharp Account (including internal communications and external communications); master payment/loan history; servicing notes; escrow documents; documents concerning fees and costs imposed on the Sharp Account; a loan history.

3. Complete copies of Ocwen's policies and procedures, applicable to Sharp's case after the loan was transferred to Ocwen, for preparing, reviewing, signing and filing the payment change notifications filed by Ocwen or caused to be filed in this case, and informing the Debtor about such notifications, and implementing any payment changes, including but not limited to training material, manuals, and handbooks.

4. Ocwen's policies and procedures applicable to the Debtor's account after the loan was transferred to Ocwen for reviewing and boarding this loan transferred to Ocwen in active bankruptcy status.

5. Ocwen's policies and procedures regarding suspense accounts applicable to Sharp's case after the loan was transferred to Ocwen.

6. Ocwen's policies and procedures regarding escrow accounts applicable to Sharp's case after the loan was transferred to Ocwen, including, but not limited to, performing an analysis, servicing, maintaining an escrow account, and refunding an escrow surplus.

7. All documents that Ocwen relied upon in preparing, reviewing, signing and filing the payment change notifications filed by Ocwen or that Ocwen caused to be filed in this case.

**IT IS FURTHER ORDERED** that Ocwen shall file a motion for a protective/confidentiality order within ten (10) days of entry of this Order.