UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 13 No. 10-65173
William Sharp
        Debtor.  Hon. Mark A Randon
_____/

## NOTICE OF TRANSFER OF CLAIM

Donald C. Wilson  
700 Towner Street  
Ypsilanti, MI 48198

Krispen S. Carroll  
719 Griswold  
1100 Dime Building  
Detroit, MI 48226

PLEASE TAKE NOTICE THAT GMAC Mortgage, LLC, has transferred the servicing of its claim for the property located at 608 E Willis Rd Saline, MI, from GMAC Mortgage, LLC to Cenlar FSB as servicer for Ally Bank effective July 1, 2014. All future disbursements and correspondence should be forwarded to Cenlar FSB at the following address:

Correspondence Address:  
Cenlar FSB  
425 Phillips Blvd.  
Ewing, NJ 08618

Payment Address:  
Cenlar FSB  
425 Phillips Blvd.  
Ewing, NJ 08618  
New Loan #XXXXXXX4025

Previous Claim Amounts  
Amended Claim# 6-3  
Total Debt: $120,155.74  
Arrearage Amount: $12,578.04  
Previous Loan #XXXXXXX1298

Previous Claimant  
GMAC Mortgage, LLC

Previous Servicer  
GMAC Mortgage, LLC  
Attn: Mail Code 507-345-110  
3451 Hammond Ave,  
Waterloo, IA 50702

Dated August 12, 2014

/S/ Adam Reatherford (P70827)  
Attorney for Cenlar FSB as servicer for Ally Bank  
31440 Northwestern Hwy Ste 200  
Farmington Hills, MI 48334-5422  
248.642.2515  
Email: EasternECF@trottlaw.com

TROTT & TROTT, P.C.
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628