# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
William Sharp  

Chapter 13 No.10-65173  
Hon. Mark A Randon

Debtor(s).

/

## CERTIFICATE OF SERVICE

The undersigned states that copies of Cenlar FSB as servicer for Ally Bank's NOTICE OF TRANSFER OF CLAIM were served upon the following parties, either electronically or by depositing said copies on August 13, 2014 in the U.S. mail, postage prepaid, properly addressed as follows:

William Sharp  
608 East Willis Road  
Saline, MI 48176  

Donald C. Wilson  
700 Towner Street  
Ypsilanti, MI 48198

Krispen S. Carroll  
719 Griswold  
1100 Dime Building  
Detroit, MI 48226

/S/ Juel D. Hinton  
Legal Assistant  
Trott & Trott, P.C.  
Attorney for Cenlar FSB as servicer for Ally Bank  
31440 Northwestern Hwy Ste 200  
Farmington Hills, MI 48334-5422  
248.642.2515  
Email: EasternECF@trottlaw.com

TROTT & TROTT, P.C.
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628