Form asfclm

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **10−65173−mar**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    William Sharp
    608 East Willis Road
    Saline, MI 48176

Social Security No.:
    xxx−xx−4652

Employer's Tax I.D. No.:

## NOTICE TO TRANSFEROR OF FILING OF TRANSFER OF CLAIM

You are hereby notified of the filing of a transfer of claim. Your claim in the amount of $ 120155.74 was apparently transferred to Cenlar FSB from GMAC Mortgage, LLC .

If no objection is filed by **September 4, 2014** your claim shall be deemed to be owned by the above−named transferee.

Dated: 8/14/14

                              BY THE COURT

                              Katherine B. Gullo , Clerk of Court
                              UNITED STATES BANKRUPTCY COURT