# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  
William Sharp  
              Debtor.  
_____/

Chapter 13 No. 10-65173

Hon. Mark A Randon

## AMENDED NOTICE OF CHANGE IN SERVICING AGENT

Donald C. Wilson  
700 Towner St  
Ypsilanti, MI 48198

Krispen S. Carroll  
719 Griswold  
1100 Dime Building  
Detroit, MI 48226

PLEASE TAKE NOTICE THAT Ocwen Loan Servicing, LLC as servicer for Ally Bank, has transferred the servicing of its claim for the property located at 608 E Willis Rd Saline, MI, from Ocwen Loan Servicing, LLC to Cenlar FSB effective March 31, 2014. All future disbursements and correspondence should be forwarded to Cenlar FSB at the following address:

**Correspondence Address**:  
Cenlar FSB  
425 Phillips Blvd.  
Ewing, NJ 08618

**Payment Address**:  
Cenlar FSB  
425 Phillips Blvd.  
Ewing, NJ 08618  
New Loan #XXXXX4025

**Previous Claim Amounts**  
Total Debt: $120,155.74  
Arrearage Amount: $12,578.04  
Amended Claim # 6-3  
Previous Loan #XXXXX3097

**Previous Claimant**  
GMAC Mortgage, LLC

**Previous Servicer**  
Ocwen Loan Servicing, LLC  
Attn: Mail Code 507-345-110  
Waterloo, IA 50702

Dated August 15, 2014

/S/ Adam Reatherford (P70827)  
Attorney for Cenlar FSB as servicer for Ally Bank  
31440 Northwestern Hwy Ste 200  
Farmington Hills, MI 48334-5422  
248.642.2515  
Email: EasternECF@trottlaw.com

TROTT & TROTT, P.C.  
31440 NORTHWESTERN HWY  
STE 200  
FARMINGTON HILLS, MI 48334-5422  
PHONE 248.642.2515  
FACSIMILE 248.642.3628