UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
William Sharp

Chapter 13 No.10-65173  
Hon. Mark A Randon

Debtor(s).
_____/

## CERTIFICATE OF SERVICE

The undersigned states that copies of Cenlar FSB as servicer for Ally Bank's AMENDED NOTICE OF TRANSFER OF CLAIM were served upon the following parties, either electronically or by depositing said copies on August 15, 2014 in the U.S. mail, postage prepaid, properly addressed as follows:

William Sharp  
608 E Willis Rd  
Saline, MI 48176-9210

Donald C. Wilson  
700 Towner St  
Ypsilanti, MI 48198-5724

Krispen S. Carroll  
719 Griswold, Suite 1100 Dime Building  
Detroit, MI 48226-3689

/S/ Marsha Sanderson  
Legal Assistant  
Trott & Trott, P.C.  
Attorney for Cenlar FSB as servicer for Ally Bank  
31440 Northwestern Hwy Ste 200  
Farmington Hills, MI 48334-5422  
248.642.2515  
Email: EasternECF@trottlaw.com