Form asfclm

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **10−65173−mar**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    William Sharp
    608 East Willis Road
    Saline, MI 48176

Social Security No.:
    xxx−xx−4652

Employer's Tax I.D. No.:

## NOTICE TO TRANSFEROR OF FILING OF TRANSFER OF CLAIM

You are hereby notified of the filing of a transfer of claim. Your claim in the amount of $ 120,155.74 was apparently transferred to Cenlar FSB from Ocwen Loan Servicing, LLC .

If no objection is filed by **September 8, 2014** your claim shall be deemed to be owned by the above−named transferee.

Dated: 8/18/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT

In re:  
William Sharp  
    Debtor

Case No. 10-65173-mar  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0645-2      User: clang      Page 1 of 1      Date Rcvd: Aug 18, 2014  
                         Form ID: asfclm      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2014.  
23042126     +Cenlar FSB,,    425 Phillips Blvd,    Ewing, NJ 08618-1430  
21909452     Ocwen Loan Servicing, LLC,    Attention: Bankruptcy Department,    110 Virginia Dr,    Ft. Washington, PA 19034-3204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
ust          Daniel M. McDermott  
                                                                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2014                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2014 at the address(es) listed below:

         Adam Jonathan Reatherford    on behalf of Creditor    GMAC Mortgage, LLC Easternecf@trottlaw.com  
         Adam Jonathan Reatherford    on behalf of Creditor    Ocwen Loan Services, LLC Easternecf@trottlaw.com  
         Adam Jonathan Reatherford    on behalf of Creditor    CENLAR FSB Easternecf@trottlaw.com  
         Brian Michael Moore    on behalf of Creditor    Ocwen Loan Servicing, LLC bmoore@dykema.com, ndoman@dykema.com  
         Crystal L. Price-Buckley    on behalf of Creditor    Ocwen Loan Services, LLC easternecf@trottlaw.com  
         Donald C. Wilson    on behalf of Debtor William Sharp dwilson@babutlaw.com, babuted@babutlaw.com  
         Donald C. Wilson    on behalf of Plaintiff William Sharp dwilson@babutlaw.com, babuted@babutlaw.com  
         Doron Yitzchaki    on behalf of Creditor    Ocwen Loan Services, LLC DYitzchaki@dickinsonwright.com  
         Elizabeth Kanous    on behalf of Creditor    Ocwen Loan Services, LLC Easternecf@trottlaw.com  
         Janielle E. Ryan    on behalf of Creditor    GMAC Mortgage, LLC easternecf@trottlaw.com  
         Jon Jay Lieberman    on behalf of Creditor    GMAC Mortgage, LLC ecfedm@weltman.com  
         Jong-Ju Chang    on behalf of Creditor    Ocwen Loan Services, LLC jchang@dykema.com, dkelley@dykema.com;docket@dykema.com  
         Kelley Callard (UST)    on behalf of U.S. Trustee Daniel M. McDermott Kelley.Callard@usdoj.gov  
         Krispen S. Carroll    notice@det13ksc.com, ecfinfo@det13ksc.com  
         Marcy J. Ford    on behalf of Creditor    GMAC Mortgage, LLC easternecf@trottlaw.com  
         Marcy J. Ford    on behalf of Creditor    Ocwen Loan Services, LLC easternecf@trottlaw.com  
         Shawn C. Drummond    on behalf of Creditor    Ally Bank easternecf@trottlaw.com  
         Shawn C. Drummond    on behalf of Creditor    GMAC Mortgage, LLC easternecf@trottlaw.com  
         Thomas Paluchniak    on behalf of Debtor William Sharp tpaluchniak@babutlaw.com, pmontgomery@babutlaw.com  
                                                                                                                             TOTAL: 19