# United States Bankruptcy Court
**Eastern District of Michigan**

In re __William Sharp_____ Case No. __10-65173-MAR__
                            Debtor(s)       Chapter __13__

## AMENDED PAYMENT ORDER

The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon stipulation and agreement of the Trustee and of the Debtor(s) pursuant to L.B.R. 1007-1(c)(E.D.M.);

**IT IS HEREBY ORDERED** that __State of Michigan_____
                                         __3201 Bemis Road_____
                  ("Payor"), at __Ypsilanti, MI 48197_____

immediately forward and make payable to: __Krispen S. Carroll_____
                                                              __Chapter 13 Trustee_____
                                                              __P.O. Box 2018_____
                                                              __Memphis, TN 38101-2018_____

**$825.29** per **Bi-weekly** of the Debtor, William Sharps' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

.

```
Signed on August 25, 2014
                                          /s/ Mark A. Randon
                                       Mark A. Randon
                                       United States Bankruptcy Judge
```