UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:  Case No. 10-65173-mar

**WILLIAM SHARP**  Chapter 13

    Debtors  HON. Mark A. Randon

_____/

**STIPULATION FOR ENTRY OF ORDER ADJOURNING
UNITED STATES TRUSTEE'S OBJECTION TO NOTICE
OF MORTGAGE DECREASE PAYMENT CHANGE**

This matter having come before the Court upon the United States Trustee's Objection to Notice Decrease Payment Change (Docket No. 84), the parties having reached a stipulation to adjourn this matter, and the Court being otherwise fully advised in the premises.

The parties hereby stipulate to the entry of the proposed Order attached hereto as **Exhibit A.**

Dated: December 1, 2014

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| **DANIEL M. McDERMOTT**<br>**UNITED STATES TRUSTEE** | **OCWEN LOAN SERVICING LLC** |
| By: /s/ Kelley Callard (w/ consent / BM)<br>    Kelley Callard<br>    Trial Attorney<br>    Office of the U.S. Trustee<br>    211 West Fort St, Suite 700<br>    Detroit, MI 48226<br>    T: (313) 226-6773<br>    kelley.callard@usdoj.gov | By: /s/ Brian M. Moore<br>    Brian M. Moore (P58584)<br>    Maria A. Diakoumakis (IL 6289309)<br>    Dykema Gossett PLLC<br>    39577 Woodward Ave., Suite 300<br>    Bloomfield Hills, MI 48304<br>    (248) 203-0700<br>    bmoore@dykema.com<br>    mdiakoumakis@dykema.com |

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:                                                         Case No. 10-65173-mar

**WILLIAM SHARP**                             Chapter 13

         Debtors                                      HON. Mark A. Randon

_____/

**ORDER ADJOURNING UNITED STATES TRUSTEE'S OBJECTION
TO NOTICE OF MORTGAGE DECREASE PAYMENT CHANGE**

**THIS MATTER** came before the Court upon the United States Trustee's Objection to Notice of Mortgage Decrease Payment Change (Docket No. 84), the parties having reached a stipulation to adjourn this matter, and the Court being otherwise fully advised in the premises.

**NOW, THEREFORE**,

**IT IS ORDERED** that the United States Trustee's Objection to Notice of Mortgage Decrease Payment Change is adjourned from December 3, 2014 to **February 25, 2015 @ 2:00 p.m**.